**STATE of Missouri, Respondent,**

v.

**Matthew JACKSON, Jr., Appellant.**

**No. WD 34823.**

Missouri Court of Appeals,
Western District.

May 22, 1984.

James Fletcher, Public Defender, Kevin Locke, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Frank A. Rubin, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLARK, P.J., and SHANGLER and NUGENT, JJ.

## ORDER

PER CURIAM.

Appeal from jury conviction of first degree robbery, § 569.020, R.S.Mo.1978, and sentence as a prior offender to ten years' imprisonment. An extended opinion would have no precedential value, and we therefore affirm in compliance with Rule 30.25(b).